May Term, 1859.

FAUSETT
v.
VOSS.

FAUSETT *v.* VOSS.

APPEAL from the *Hamilton* Court of Common Pleas.

*Thursday, June 16.*

*Per Curiam.*—Action by the appellee against the appellant, on a note made by defendant to one *A. C. Shropshire,* and by him indorsed to the plaintiff.

Answer, that the note was given for a heifer, a cow, and a bull; that the cow was warranted to be with calf by an imported *Durham* bull, whereby she and the calf would be worth 50 dollars more than if she were with calf by common stock. Breach of warranty, that the cow was not with calf by a *Durham* bull, whereby, &c.

Trial by the Court; finding and judgment for the plaintiff. Two errors are assigned—

1. In overruling the defendant's motion for a continuance; and,

May Term,      2. In overruling his motion for a new trial.
1859.             The continuance was applied for on account of the ab-
THE NEW    sence of a witness.   The affidavit filed by the defendant
ALBANY, &C.,
RAILRO'D CO. in support of his motion, sets out the facts expected to be
    v.         proven by the absent witness, corresponding mainly with
COLLINS.
those set up in his answer, but it does not state that "he
believes them to be true."   The affidavit was defective in
this particular, if in no other.  2 R. S. p. 108, § 322.  There
was no error in overruling the motion for a continuance.

The record does not disclose the fact that any motion
for a new trial was made, except inferentially, by stating
that the motion was overruled, while no written reasons
for a new trial appear to have been filed at all.   This is
fatal to the motion.   *Kirby* v. *Cannon*, 9 Ind. R. 371.—
*Thompson* v. *Shaefer*, *id.* 500.

The judgment is affirmed with 5 per cent. damages and
costs.

*D. Moss*, for the appellant.

*G. H. Voss*, in person.